FILED

07/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0687

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 23-0687

BRADLEY C. WORKMAN AND
KAREN M. WORKMAN,

          Appellants,

   vs.

BRIAN KENNETH STAINTHORPE,
          Appellees.

**ORDER**

Upon consideration of Appellant's Unopposed Motion to Supplement the Record, and good cause appearing,

IT IS HEREBY ORDERED the record in the above captioned matter is supplemented by adding to it the Stipulation and Motion to Vacate Hearing, dated April 30, 2024 and the Lincoln County District Court's Order adopting the Stipulation dated May 1, 2024.

.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2024